# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MIKLOS PELLER, | CASE NO.  1:24-cv-00430 |
| Plaintiff, | JUDGE CHARLES ESQUE FLEMING |
| - v. - | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE METROHEALTH SYSTEM | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Miklos Peller and Defendant The MetroHealth System hereby stipulate to the dismissal with prejudice of the captioned matter, with each party to bear his or its own attorneys' fees, expenses, and costs.

Respectfully submitted,

| | |
|---|---|
| _/s/ Taurean J. Shattuck (per 7.18.2024 email consent)_ | _/s/ Natalie M. Stevens_ |
| Taurean J. Shattuck | Natalie M. Stevens (0079963) |
| Taurean.Shattuck@spitzlawfirm.com | nms@zrlaw.com |
| Spitz, The Employee's Law Firm | Rebecca G. Singer-Miller (0103774) |
| 3 Summit Park Drive, Suite 200 | rsm@zrlaw.com |
| Independence, OH  44131 | ZASHIN & RICH CO., L.P.A. |
| Telephone: (216) 291-4744 | 950 Main Avenue, 4th Floor |
| Facsimile:  (216) 291-5744 | Cleveland, OH 44113 |
| | Telephone: (216) 696-4441 |
| _Attorney for Plaintiff_ | Facsimile:  (216) 696-1618 |
| _Miklos Peller_ | |
| | _Attorneys for Defendant_ |
| | _The MetroHealth System_ |

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: July 19, 2024